THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PAUL VACCARO, Appellant.

Submitted April 10, 1950; decided April 13, 1950.

*Frank S. Hogan, District Attorney (Whitman Knapp* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.